

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00141-CV

| | | |
|---|---|---|
| In the Interest of V.P., a child | § | From the 231st District Court |
| | § | of Tarrant County (231-331365-02) |
| | § | January 15, 2015 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

It is further ordered that Appellant V.V. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM